**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Joshua Jared Tienda Bernal,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-07333-PHX-DWL

**ORDER**

This is a habeas proceeding under 28 U.S.C. § 2241. The petition is now fully briefed (Docs. 1, 6, 7), per the expedited briefing scheduled imposed by General Order 26-09, and the Court will rule in due course. In an effort to prompt a ruling, Petitioner has now filed a motion to expedite. (Doc. 8.) That motion is denied. Although Petitioner's desire for an immediate ruling is understandable, and the Court is working hard to provide expedited consideration in this and all of the other § 2241 proceedings filed in the District of Arizona over the past year, it is not appropriate to prioritize one petition over the many others whenever a petitioner happens to file a motion to expedite.

**IT IS ORDERED** that the motion to expedite (Doc. 8) is **denied**.

Dated this 24th day of November, 2026.

Dominic W. Lanza
United States District Judge